THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MICHAEL SHIRE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, a Curacao limited liability company,<br><br>　　　　　　　　Defendant. | In Law or In Admiralty<br><br>No. 2:18-cv-00877 MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

**COME NOW** Plaintiff Michael Shire and Defendants Holland America Line N.V. d/b/a Holland America Line N.V. LLC, through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

ORDER OF DISMISSAL – No. 2:18-cv-00877 MJP - Page 1

DATED this 24th day of January, 2019.

                                              *s/Louis Shields*
                                              LOUIS A. SHIELDS, WSBA # 25740
                                              LEGROS BUCHANAN & PAUL
                                              4025 Delridge Way S.W., Suite 500
                                              Seattle, Washington 98106
                                              Telephone:    206-623-4990
                                              Facsimile:     206-467-4828
                                              Email:          lshields@legros.com
                                              Attorneys for Defendants


                                              *s/Michael Myers (via email authorization)*
                                              MICHAEL DAVID MYERS, WSBA # 22486
                                              MYERS & COMPANY, P.L.L.C
                                              1530 Eastlake Avenue East
                                              Seattle, WA 98102
                                              Telephone:    206-398-1188
                                              Facsimile:     206-400-1112
                                              Email:          mmyers@myers-company.com
                                              Attorneys for Plaintiff

## ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby dismissed with prejudice, and without costs.

Dated this 24th day of January, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented By:

LEGROS BUCHANAN & PAUL

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: lshields@legros.com
Attorneys for Defendants